**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWIN DOLORES QUILES,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:21-cv-01208** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **ERIC TICE, et al.,** | : | |
| **Respondents** | : | |

**<u>ORDER</u>**

    **AND NOW**, on this 15th day of November 2021, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

    1.  Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C.
       § 2254 (Doc. No. 2) is **DENIED**;

    2.  A certificate of appealability **SHALL NOT ISSUE**; and

    3.  The Clerk of Court is directed to **CLOSE** the above-captioned case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania